

# THE ATTORNEY GENERAL
## OF TEXAS

### AUSTIN 11, TEXAS

**WILL WILSON**
**ATTORNEY GENERAL**

July 15, 1958

Colonel Homer Garrison, Jr.          Opinion No. WW 476
Director
Texas Department of Public Safety  Re: Jurisdiction of Rail-
5805 N. Lamar Blvd.                     road Commission and
Austin, Texas                           Department of Public
                                        Safety over Motor
                                        Carrier and Motor Bus
                                        Operations Between Con-
                                        tiguous Incorporated
Dear Colonel Garrison:                  Cities.

        Your request for a clarification of Attorney
General's Opinion No. WW-328, which related to the Railroad
Commission's jurisdiction over motor carrier and motor bus
operations over the Dallas-Fort Worth Turnpike, and in which
you request our opinion on the following questions:

1.  Is Art. 1690b, Vernon's Penal Code, violated by
    an uncertificated carrier hauling for hire who
    traverses a highway between incorporated cities
    or towns when the operation remains totally
    within corporate limits so that at no time is
    the vehicle upon a highway in an unincorporated
    area?

2.  Is your answer to No. 1 above the same for the
    Dallas-Fort Worth Turnpike as it is for other
    highways of Texas?

has been received.

        In Opinion WW-328, we distinguished between motor
carrier operations and motor bus operations, and we held
that any motor carrier transporting property for hire over
the highways of this State between or through two or more
incorporated cities was subject to regulation.

        While Opinion No. WW-328 was in answer to ques-
tions concerning operations over the Fort Worth-Dallas Turn-
pike, the conclusions of law set forth in such Opinion would

be applicable to other highways in the State of Texas, and we are of the opinion that there is nothing in the Motor Carrier Act, Article 911b, Revised Civil Statutes of Texas, as amended, which gives effect to the doctrine of contiguous municipalities so as to exempt from regulation a carrier operating over the highways from one city to another, even though such carrier at no time operates over a highway outside of the incorporated limits of incorporated cities and towns.

All inter-city motor carrier operations over the public highways of this State are subject to regulation by the Railroad Commission of Texas.

## SUMMARY

1. Article 1690b, Vernon's Penal Code, is violated by an uncertificated carrier hauling for hire who traverses a highway between incorporated cities or towns, even though the operation remains totally within corporate limits, so that at no time is the vehicle upon a highway in an unincorporated area.

2. Our answer to No.1 above is the same for the Dallas-Fort Worth Turnpike as it is for other highways in Texas.

Yours very truly,

WILL WILSON
Attorney General of Texas

By:

J. W. WHEELER
Assistant Attorney General

MORGAN NESBITT
Assistant Attorney General

APPROVED:

OPINION COMMITTEE:

Geo. P. Blackburn, Chairman

Ralph Rash

Riley Eugene Fletcher

W.O. Schulz II

REVIEWED FOR THE ATTORNEY GENERAL
BY:
        W.V. Geppert